UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA      )
                               )
v.                            )   Case No. 8:17-cr-94-T-17TGW
                               )
CARLOS MAZARIEGOS       )

## ORDER TO DEPOSIT FUNDS

Upon motion of the United States, the Court being advised as to the nature of

of this case, and there being no objection by the parties,

The Clerk is directed to accept defendant Carlos Mazariegos' check,

made payable to the Clerk, U.S. District Court, in the amount of $3,202,396.62, and

to deposit these monies into the Court Registry, on behalf of defendant, to be held

for restitution, until the judgment of conviction and restitution order are entered.

DONE and ORDERED at Tampa, Florida on _April 12th 2017_

ELIZABETH A. KOVACHEVICH
United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and
Counsel of record