UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-94-T-17TGW

CARLOS MAZARIEGOS

### ORDER TO DISBURSE

Pursuant to this Court's April 12, 2017 Order (Doc. 17), on or about April 13, 2017, $3,202,396.62 was deposited by defendant Carlos Mazariegos into the court registry pending the judgment and conviction and restitution order. Doc. 18. On October 18, 2019, Carlos Mazariegos was sentenced and ordered to pay a $100.00 special assessment and restitution in the total amount of $6,404,793.24. Doc. 68 at 5. It is now appropriate for the funds on deposit to be applied towards the special assessment and restitution order.

The Clerk is directed to disburse the funds on deposit as follows: $100.00 to satisfy the defendant's special assessment; $532,364.50 to Medicare; and $2,670,032.12 to Tricare. The remaining accrued interest of approximately $132,981.96 will be addressed in a separate motion and order.

DONE and ORDERED at Tampa, Florida on October 23, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
FINANCE