UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-94-T-17TGW

CARLOS MAZARIEGOS

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE
ASSET AND ORDER DIRECTING RELEASE OF FUNDS**

The United States moves under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), for (1) a preliminary order of forfeiture for all accrued interest being held in the Clerk's Court Registry related to funds previously deposited by the defendant (Doc. 18) as a substitute asset in partial satisfaction of the defendant's $6,404,793.24 Forfeiture Money Judgment; and (2) an order directing the Clerk of the Court to disburse the accrued interest being held in the Clerk's Court Registry to the United States for application to the Forfeiture Money Judgment.

On May 30, 2017, pursuant to 18 U.S.C. § 982(b)(1), the Court entered a $6,404,793.24 Forfeiture Money Judgment against the defendant. Doc. 26.

The United States is entitled to forfeit the substitute asset identified above, in partial satisfaction of the defendant's Forfeiture Money Judgment.

Accordingly, it is ORDERED that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the funds described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), in partial satisfaction of the defendant's Forfeiture Money Judgment.

It is FURTHER ORDERED that the Clerk of the Court shall issue a check to the "United States Marshal Service" in the amount of the remaining interest being held in the Court Registry.

Assuming no third party files a successful claim to the funds, the forfeited funds will be credited towards the partial satisfaction of the defendant's Forfeiture Money Judgment.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute asset forfeited to the United States up to the amount of the Forfeiture Money Judgment.

CASE NO. 8:17-CR-94-T-17TGW

DONE and ORDERED in Tampa, Florida, this 31st day of October, 2019.

*[signature]*
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**

Copies to:
All Parties/Counsel of Record

FINANCE

3